849 A.2d 182

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER,
v. EDWIN KEYES, DEFENDANT–RESPONDENT.

April 22, 2004.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Appellate Division to reconsider in the light of *State v. Arthur J. Jones,* 179 *N.J.* 377, 846 *A.2d* 569 (2004).